USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ISABEL GARRIDO,
                Plaintiff,

-against-

RACHELLE KLAINBERG,
                Defendant.
-----------------------------------------------------------X

16 CIV 9464 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion & Order dated March 6, 2020, Plaintiff's motion for default judgment is denied and Defendant's motion to set aside the default is granted. Defendant's motion to dismiss is also granted. Plaintiff's claims against Klainberg are dismissed with prejudice; accordingly, the case is closed.

**DATED**: New York, New York

       March 9, 2020

                                      **RUBY J. KRAJICK**
                                      Clerk of Court

                            BY: _____
                                      Deputy Clerk